Ruben **FUENTES**

v.

**STATE**

No. 0903–90.

Court of Criminal Appeals of Texas, En Banc.

June 26, 1991.

On State's petition for discretionary review: judgment of the Court of Appeals reversed and judgment of the trial court affirmed.